UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTIONS CAMPAIGN, SIERRA CLUB, and LASSEN FOREST PRESERVATION GROUP,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAURIE TIPPIN, in her official capacity as Forest Supervisor of the Lassen National Forest; BERNARD WEINGARDT, in his official capacity as Regional Forester; and UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendants.<br><br>　　and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>　　　　　Defendant-Intervenor.<br>_____/ | NO. CIV. S-06-0351 FCD/DAD<br><br>CORRECTED<br>**STATUS (PRETRIAL SCHEDULING) ORDER** (\*annotates correction) |

After reviewing the parties' Joint Status Report filed April 20, 2006 and the Supplemental Stipulation re: Briefing Schedule filed May 16, 2006, the court makes the following orders:

**I.　　SERVICE OF PROCESS**

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

**II.      ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS**

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. See Fed. R. Civ. P.16 (b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**III.     JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. section 1331 and 5 U.S.C. §§ 701-706 and Venue on 28 U.S.C. section 1391(e). Jurisdiction and venue are not contested.

**IV.     DISCOVERY**

Fed. R. Civ. P. 26(a)(1)(E)(I) and (f) exempts actions under the Administrative Procedure Act (APA) from initial disclosure requirements which includes the development of a proposed discovery plan. The administrative record will be filed with court by the defendants no later than April 20, 2006. Any supplement to the administrative record by the defendants shall be filed no later than May 19, 2006.

**V.      MOTION HEARING SCHEDULE**

Plaintiff's opening brief will be filed on or before May 26, 2006. Defendant's opening, opposition brief, and/or cross motion for summary judgment will be filed on or before June 26, 2006. Defendant/Intervenor's opposition will be filed on or before June 26, 2006. Defendant/Intervenor's is reminded that their participation in this action is limited as stated in the Court's Order filed on May 15, 2006. Plaintiff's reply brief will be filed on or before July 21, 2006. *Defendants' reply brief (only if they have previously filed a cross motion for summary judgment) will be filed by July 28, 2006. A hearing on the motions is set for Friday, August 4, 2006 at 10:00 a.m  The court places a page limit of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies. All requests for page limit increases must be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the motion.

For the court's convenience, citations to Supreme Court cases should include parallel citations to the Supreme Court Reporter.

///

### VI. SETTLEMENT CONFERENCE

No settlement conference is currently scheduled.  A settlement conference may be set at the time of the Final Pretrial Conference or at an earlier time at the parties' request.  In the event that an earlier settlement conference date is requested, the parties shall file said request jointly, in writing.  If the case will be tried to a jury, all parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel [Except for Counsel for the United States] are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement.  Such statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party, however, shall serve notice on all other parties that the statement has been submitted.  If the settlement judge is not the trial judge, the Settlement Conference Statement shall not be disclosed to the trial judge.

### VII. MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

### VIII. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within **ten (10)** *court* **days** of service of this Order.

IT IS SO ORDERED.

DATED: May 17, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE