DAVID B. EDELSON, State Bar No. 104390
840 Grizzly Peak Blvd.
Berkeley, CA 94708
Telephone: 510/527-4116
Facsimile: 510/527-4116

Attorney for Plaintiffs

ALEX KRIEGSMAN
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202/305-3022
Facsimile: 202/305-0506

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAURIE TIPPIN, et al., <br><br> Defendants, <br><br> and <br><br> SIERRA PACIFIC INDUSTRIES, <br><br> Defendant-Intervenor. | Case No: 2:06-CV-00351-FCD-DAD <br><br> STIPULATION REGARDING DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES AND COSTS; ORDER |

Plaintiffs and Federal Defendants, by their undersigned attorneys, hereby stipulate as follows:

On August 16, 2006, this Court issued judgment for Plaintiffs in this case. Civil Local Rule 54-293(a) provides that "[m]otions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than thirty (30) days after entry of final judgment." The Local Rule

STIPULATION REGARDING DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES AND COSTS     1

does not specify whether that deadline relates to a non-appealable judgment. The Equal Access to Justice Act provides that a party seeking an award of attorneys' fees and other expenses may apply for them "within thirty days of final judgment in the action," 28 U.S.C. § 2412(d)(1)(B), and defines "final judgment" as "a judgment that is final and not appealable," 28 U.S.C. § 2412(d)(2)(G). The judgment in this case becomes non-appealable 60 days from the time of its entry. Federal Defendants have not yet determined whether they will appeal this Court's judgment.

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses under Civil Local Rule 54-293(a) shall be 30 days after this Court's judgment is not appealable. Should Federal Defendants decide not to appeal this Court's judgment, Plaintiffs' motion for attorneys' fees and costs would be due no later than November 14, 2006. Should Federal Defendants decide to appeal this Court's judgment, the deadline for a fee motion would be extended to 30 days after judgment becomes final and non-appealable.

By entering into this stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are entitled to fees or costs.

DATE:        September 7, 2006

/s/ David B. Edelson
David B. Edelson
Attorney for Plaintiffs

/s/ Alex Kriegsman
Alex Kriegsman
Attorney for Federal Defendants

IT IS SO ORDERED:

DATE:  September 11, 2006        /s/ Frank C. Damrell Jr.
                                 HON. FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE