MATHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

CYNTHIA S. HUBER
cynthia.huber@usdoj.gov
Acting Assistant Section Chief
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0506

McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, SIERRA CLUB, and LASSEN FOREST PRESERVATION GROUP, <br><br> Plaintiffs, <br><br> v. <br><br> LAURIE TIPPIN, in her official capacity as Forest Supervisor of the Lassen National Forest; BERNARD WEINGARDT, in his official capacity as Regional Forester; and UNITED STATES FOREST SERVICE, <br><br> Defendants. | Civil No. 2:06-CV-00351-FCD-DAD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND; TO MOTION FOR ATTORNEY FEES; ORDER** |

1  The Parties have been engaged in negotiations to resolve Plaintiffs' motion for
2  attorneys fees and costs related to this proceeding.  The current schedule requires Federal
3  Defendants to respond to Plaintiffs' motion by April 27, 2007.  The parties have reached a
4  tentative agreement to resolve this matter.  Additional time is needed for the parties to
5  finalize a document to memorialize the agreement and to obtain the necessary approvals for
6  the agreement.  Therefore, Plaintiffs and Federal Defendants do hereby stipulate and agree,
7  that the date by which the Federal Defendants shall file a response to Plaintiffs' motion for
8  attorneys fees, be extended to and including May 25, 2007.

10 April 27, 2007                                        Respectfully submitted,

                                                        MATHEW J. MCKEOWN
                                                        Acting Assistant Attorney General
                                                        Environment and Natural Resources Division

                                                        _/ s / Cynthia S. Huber_____
                                                        CYNTHIA S. HUBER
                                                        Acting Assistant Section Chief
                                                        Natural Resources Section
                                                        Environment and Natural Resources Division
                                                        U.S. Department of Justice
                                                        P.O. Box 663
                                                        Washington, D.C. 20044
                                                        Telephone:    (202) 514-5273
                                                        Facsimile:    (202) 305-0506

                                                        Attorneys For Defendants


                                                        /s/ David B. Edelson (as authorized 4/27/07)
                                                        DAVID B. EDELSON, State Bar No. 104390
                                                        840 Grizzly Peak Blvd.
                                                        Berkeley, CA  94708
                                                        Telephone: 510/527-4116
                                                        Facsimile: 510/527-4116

                                                        MICHAEL W. GRAF, State Bar No. 136172
                                                        Law Offices
                                                        227 Behrens St.
                                                        El Cerrito, CA  94530

i

                                    Telephone:  510/525-7222
                                    Facsimile:  510/525-1208

Attorneys for Plaintiffs

The above stipulation is adopted and the Court FURTHER ORDERS that the hearing on the motion set for May 11, 2007 is VACATED and RESET for Friday, June 8, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE