DAVID B. EDELSON, State Bar No. 104390
840 Grizzly Peak Blvd.
Berkeley, CA  94708
Telephone:  510/527-4116
Facsimile:  510/527-4116

MICHAEL W. GRAF, State Bar No. 136172
Law Offices
227 Behrens St.
El Cerrito, CA  94530
Telephone:  510/525-7222
Facsimile:  510/525-1208

Attorneys for Plaintiffs

CYNTHIA S. HUBER
Assistant Section Chief, Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C.  20044-0663
Telephone:  202/305-3022
Facsimile:   202/305-0506

(See signature page for listing of additional attorneys for Federal Defendants)

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAURIE TIPPIN, et al., <br><br> Defendants, <br><br> and <br><br> SIERRA PACIFIC INDUSTRIES, <br><br> Defendant-Intervenor. | Case No: 2:06-CV-00351-FCD-DAD <br><br><br> STIPULATION REGARDING ATTORNEYS' FEES AND COSTS; ORDER |

STIPULATION REGARDING ATTORNEYS' FEES AND COSTS; ORDER                                                                          1

Plaintiffs and Federal Defendants, by their undersigned attorneys, hereby stipulate as follows:

1. On August 16, 2006, this Court issued judgment for Plaintiffs in this case. By stipulation of the parties and by order dated September 11, 2006, this Court ruled that the deadline for Plaintiffs to file a motion for attorneys' fees and expenses "shall be 30 days after this Court's judgment is not appealable." By order dated March 7, 2007, the U.S. Court of Appeals for the Ninth Circuit granted Federal Defendants' motion for voluntary dismissal of their appeal of this Court's judgment. On April 6, 2007, Plaintiffs filed a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).

2. Federal Defendants agree to settle Plaintiffs' claim for attorneys' fees and costs for a total of $80,000.00. Payment in that amount shall be made either by check payable to Friends of the River, 915-20th Street, Sacramento, CA 95814, (916) 442-3155, directed to the attention of Bill Duarte, or via electronic transfer of funds. The Forest Service agrees to submit all necessary paperwork to the appropriate office within twenty (20) days of receipt of the signed court order approving this stipulation. The Forest Service further agrees to make reasonable efforts to see that payment is made promptly.

3. Plaintiffs agree to accept payment of $80,000.00 in full satisfaction of any and all claims for attorneys' fees and costs to which Plaintiffs allege they are entitled in this case, but excluding any attorneys' fees and costs incurred in enforcing this stipulation or in connection with any future litigation arising out of this same matter.

4. This stipulation is the result of compromise and settlement, is based on and limited solely to the facts involved in this case, and shall not be construed as an admission of liability by Federal Defendants, nor shall the settlement be cited in any other litigation except as necessary to enforce the terms of the stipulation. Federal Defendants do not waive any defenses they may have concerning the claims settled under this Agreement. Nothing in this stipulation shall be interpreted as, or shall

STIPULATION REGARDING ATTORNEYS' FEES AND COSTS; ORDER     2

constitute, a commitment or requirement that Federal Defendants obligate or pay funds, or take any other action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

    5.  The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the parties to it.

    6. Nothing in this Stipulation shall be construed as an admission that the position of the Federal Defendants in this litigation was not substantially justified.

    7. This Stipulation represents the entirety of the Parties' commitments with regard to settlement.  The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

DATE:  May 24, 2007

/s/ David B. Edelson
DAVID B. EDELSON, State Bar No. 104390
840 Grizzly Peak Blvd.
Berkeley, CA  94708
Telephone:  510/527-4116
Facsimile:   510/527-4116

MICHAEL W. GRAF, State Bar No. 136172
Law Offices
227 Behrens St.
El Cerrito, CA  94530
Telephone:  510/525-7222
Facsimile:  510/525-1208

Attorneys for Plaintiffs

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/Cynthia S. Huber (as authorized 5/24/07)
CYNTHIA S. HUBER
Assistant Section Chief
Natural Resources Section

STIPULATION REGARDING ATTORNEYS' FEES AND COSTS; ORDER    3

Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-514-5273
Facsimile: 202-305-0506

McGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

**IT IS SO ORDERED.**

DATED: May 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE